IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO


JASON POLLAK,

       Plaintiff,

v.                                           No:  1:24-cv-00494-JMC-JFR

LILLIAN MCKENZIE STRONG,
SECOND JUDICIAL DISTRICT COURT and
THIRD JUDICIAL DISTRICT COURT,

       Defendants.

## ORDER GRANTING STIPULATED MOTION TO DISMISS COURT DEFENDANTS

       The Court, having reviewed the Stipulation for Dismissal of Court Defendants, and being fully advised of the premises and authority contained therein, hereby orders:

       The Stipulation for Dismissal of Court Defendants is hereby GRANTED, and all claims asserted by Plaintiff against Court Defendants are hereby dismissed with prejudice, and the Court Defendants are no longer to receive copies of filings in this matter, and both parties are to pay their own attorney's fees and costs..


Signed this 8th day of November, 2024.


                       /s/ Joel M. Carson III
                       **JOEL M. CARSON III**
                       United States Circuit Judge Sitting by Designation

SUBMITTED BY:

VIRTUE & NAJJAR, PC

By: */s/ Jared Najjar*
Jared D. Najjar
Dillon R. Fisher-Ives
Virtue & Najjar, P.C.
PO Box 22249
Santa Fe, New Mexico 87505
(505) 982-8514
jnajjar@virtuelaw.com
dfisher-ives@virtuelaw.com

*Attorneys for Court Defendants*


APPROVED BY:

By: *approved via email on*
Jason Pollak
PO Box 1888
Santa Fe, New Mexico 87504
(505) 373-9123
press@dejavurefinery.com

*Pro Se Plaintiff*